# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BRUCE K. HERMAN** and **TRACY HERMAN,**
Appellants,

v.

**MASTR ALTERNATIVE LOAN TRUST 2005-1, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2005-1, US BANK NATIONAL ASSOCIATION, AS TRUSTEE,**
Appellee.

No. 4D20-2161

[September 15, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE18016902.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellants.

Nancy M. Wallace of Akerman LLP, Tallahassee, William P. Heller of Akerman LLP, Fort Lauderdale, and Eric M. Levine of Akerman LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KLINGENSMITH and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***